THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK M. BEST, Appellant.

(Argued November 26, 1934; decided December 31, 1934.)

*William F. Unger* and *Irving K. Rubin* for appellant.

*John J. Bennett*, Attorney-General (*Ambrose V. McCall, John F. X. McGohey* and *Harry Greenwald* of counsel), for respondent.

Judgment affirmed; no opinion. (See 266 N. Y. 542.)

Concur: POUND, Ch. J., O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE and LEHMAN, JJ.